# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00163-OES-MJW

DANIEL BROGAN, a Pennsylvania citizen,

    Plaintiff,

vs.

ASPEN SKIING COMPANY, L.L.C., a Colorado limited liability company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, coming on for dismissal on the Stipulation of Plaintiff Daniel Brogan and Defendant Aspen Skiing Company, L.L.C.:

IT IS HEREBY ORDERED that the above-captioned action, and Complaint against Defendant Aspen Skiing Company, L.L.C., filed therein be dismissed with prejudice, each aforementioned party to pay their own attorneys fees and costs in this action.

Dated this 1st day of July, 2005.

                                            BY THE COURT:

                                            s/ O. Edward Schlatter

                                            O. Edward Schlatter
                                            United States Magistrate Judge